John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 834180

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

## NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 07-60910 | 022-0 | WANDA F ROSS<br>Original Check written to:<br>LOANS OF TEXAS<br>512 E FRONT ST<br>TYLER, TX  75702-8214 | xxx7-17 | 382.25 | 19.40 | 0.00 | 19.40 |
| 08-61154 | 005-0 | DEXTER PAUL DAVIS<br>Original Check written to:<br>THE BANK OF NEW YORK MELLON<br>C/O VANDERBILT MORTGAGE AND FINANCE<br>PO BOX 9800<br>MARYVILLE, TN  37802- | xx4199 | 3,880.55 | 332.73 | 451.88 | 784.61 |
| 08-61154 | 046-0 | DEXTER PAUL DAVIS<br>Original Check written to:<br>THE BANK OF NEW YORK MELLON<br>C/O VANDERBILT MORTGAGE AND FINANCE<br>PO BOX 9800<br>MARYVILLE, TN  37802- | 4199 | 1,839.96 | 179.19 | 196.82 | 376.01 |
| 09-20282 | 002-0 | DAROLD J. JACKSON<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | 4262 | 906.05 | 78.20 | 20.45 | 98.65 |
| 09-20282 | 004-0 | DAROLD J. JACKSON<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX  78680- | 4262 | 404.20 | 40.09 | 4.44 | 44.53 |
| 09-20282 | 007-0 | DAROLD J. JACKSON<br>Original Check written to:<br>WALTER MORTGAGE COMPANY<br>P O BOX 31601<br>TAMPA, FL  33631- | xxxxxxx8500 | 15,241.19 | 1,384.51 | 281.82 | 1,666.33 |
| 10-60432 | 003-0 | MANDI D. LUMAN<br>Original Check written to:<br>CITIFINANCIAL<br>7467 RIDGE RD STE 200<br>HANOVER, MD  21076- | 7159 | 2,400.00 | 0.00 | 23.01 | 23.01 |